OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

$ 00.27⁵
02 1R
0002003152    JUN 08 2015
MAILED FROM ZIPCODE 78711

5/28/2015
HAINES, RODNEY          Tr. Ct. No. A05-209-1          WR-83,380-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RODNEY HAINES
TERRELL UNIT - TDC # 1347798
1300 FM 655
ROSHARON, TX  77583

U TF